11678.  THOMAS N. BAKER LUMBER CO. *v.* ATLANTIC MILL & LUMBER CO.

BLOODWORTH, J.  When this case was first before this court (24 *Ga. App.* 749, 102 S. E. 135), it was held, that, " as the evidence admitted made a prima facie case for the plaintiff, it was error for the trial judge to grant a nonsuit." This ruling became the law of the case, and we are bound by it. We do not find such a material difference in the evidence on the two trials as to authorize us now to say that the trial judge did not err in granting a nonsuit on the last trial, especially in view of the evidence of the plaintiff in reference to certain commissions.

*Judgment reversed. Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 14, 1921.  REHEARING DENIED JULY 12, 1921.

Complaint; from city court of Albany — Judge Clayton Jones. June 14, 1920.

*Pottle & Hofmayer, Peacock & Gardner,* for plaintiff.

*Milner & Farkas,* for defendant.